Michael Hoffman (SBN 154481)
 *mhoffman@employment-lawyers.com*
HOFFMAN EMPLOYMENT LAWYERS
580 California Street, Suite 1600
San Francisco, CA 94104
Telephone:   415-362-1111
Facsimile:    415-362-1112

Attorneys for Plaintiff
RUMEKA McGLOTHIN


Tracy Thompson (SBN 88173)
 *tt@millerlawgroup.com*
M. Michael Cole (SBN 235538)
 *mmc@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Telephone:   (415) 464-4300
Facsimile:    (415) 464-4336

Attorneys for Defendant
FOOT LOCKER RETAIL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUMEKA McGLOTHIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOOT LOCKER RETAIL, INC.; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.: 3:14-cv-02521-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE SEPTEMBER 4, 2014 CASE MANAGEMENT CONFERENCE**<br><br>Complaint filed:  April 30, 2014 |

1

Plaintiff RUMEKA McGLOTHIN and Defendant FOOT LOCKER RETAIL, INC., by and through their respective undersigned counsel of record, hereby enter into the following Joint Stipulation for a brief continuation of the Case Management Conference, currently set for September 4, 2014, and all related deadlines.

## STIPULATION

1. On June 2, 2014, Defendant removed this putative class action from the Superior Court of California, in and for the County of San Francisco.  *See* Doc. 1.

2. Along with its Notice of Removal, Defendant also filed a Notice of Pendency of Other Action or Proceeding pursuant to Local Rule 3-13, noting that there are two other pending cases involving similar issues and claims under California's wage and hour laws and covering some of the same putative class members and alleged class periods.  The first of these actions, *Kissinger, et. al. v. Foot Locker Retail, Inc.*, Case No. CGC-09-487345 (San Francisco Superior Court) ("*Kissinger*"), was filed on April 15, 2009, on behalf of Defendant's non-exempt California employees and alleges claims for off-the-clock-work, forced patronage, and failure to reimburse uniform expenses.  The second case, *In re: Foot Locker Inc., Fair Labor Standards Act (FLSA) and Wage and Hour Litigation*, MDL No. 2235 (E.D. Pa.) ("MDL"), involves the centralization for coordinated and consolidated pretrial proceedings of several putative class and/or collective actions, including a matter which was originally filed in California on April 27, 2011.  The MDL involves claims that Foot Locker failed to pay its non-exempt retail employees for all time worked, including time spent on alleged off-the-clock work.   *See* Doc. 2*.*

3. On August 6, 2014, the Parties met and conferred regarding this case.  During the call, the Parties discussed the two other pending matters and Defendant provided Plaintiff with some additional information.  In particular, Defendant informed Plaintiff that an agreement in principle had been reached to settle, on a class-wide basis, in both the *Kissinger* and MDL matters.  As counsel for Defendant is also counsel of record in *Kissinger*,

2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE SEPTEMBER 4, 2014
CASE MANAGEMENT CONFERENCE
Case No.: 3:14-cv-02521-MEJ**

1  Defendant offered to provide Plaintiff with a copy of that settlement agreement once it was
2  filed.
3      4.    A Motion for Preliminary Approval in *Kissinger*, along with the settlement
4  agreement, is currently due to be filed by September 9, 2014, and a hearing on that motion is
5  currently set for October 7, 2014 at 9:00 a.m.
6      5.    Given the overlap in claims, and considering that the settlements in the
7  *Kissinger* and/or MDL matters may impact the scope of this current action going forward, the
8  Parties believe it would be premature to discuss scheduling pending the approval of the
9  *Kissinger* settlement.
10      6.    Therefore, the Parties respectfully request that the Court continue the Case
11  Management Conference, currently scheduled for September 4, 2014, to a date after October
12  16, 2014, by which time the Motion for Preliminary Approval in the *Kissinger* matter will have
13  been heard and the Parties will have had an opportunity to meet and confer regarding the
14  appropriate scope of this case going forward and the impact that may have on scheduling in
15  this case.

Dated: August 19, 2014                HOFFMAN EMPLOYMENT LAWYERS

                                              By: */s/* Michael Hoffman (with permission)
                                                  Michael Hoffman
                                                  Attorneys for Plaintiff
                                                  RUMEKA McGLOTHIN

Dated: August 19, 2014                MILLER LAW GROUP
                                                  A Professional Corporation

                                              By: */s/* Tracy Thompson
                                                  Tracy Thompson
                                                  M. Michael Cole
                                                  Attorneys for Defendant
                                                  FOOT LOCKER RETAIL, INC.

3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE SEPTEMBER 4, 2014
CASE MANAGEMENT CONFERENCE
Case No.: 3:14-cv-02521-MEJ**

# [PROPOSED] ORDER

Good cause appearing therefor, the foregoing Joint Stipulation to Continue the September 4, 2014, Case Management Conference is approved, and it is hereby ordered that:

The Case Management Conference, currently set for September 4, 2014, is continued to November 13, 2014 at 10:00 a.m. o'clock. All other related deadlines, including the deadline for the Parties' Rule 26(f) Report and for the completion of initial disclosures, are continued accordingly.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 19, 2014

Hon. Maria-Elena James
Magistrate Judge of the U.S. District Court

4820-8860-1373, v. 1

4

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE SEPTEMBER 4, 2014 CASE MANAGEMENT CONFERENCE**
**Case No.: 3:14-cv-02521-MEJ**